THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-68-2D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| ERIC GRANT SMITH | ) | |

This cause having come before the Court on the defendant's Motion to Continue his arraignment, and the Court having been advised that the government does not oppose this request, the Court finding that good cause exists to continue the case, the Court hereby Orders that this case be continued from the Court's January 24, 2011 calender and set for arraignment on the Court's March calendar.

The Court specifically further finds that the ends of justice served by continuing the arraignment in this case outweigh the interest of the public and the defendant in a speedy trial. Justice requires that a defendant have fair notice of the government's evidence so that he can make an informed decision about how to proceed on his case. Pursuant to 18 U.S.C. § 3161, the period of delay in this matter shall be excluded from speedy trial computations.

Done and Ordered this the _19_ of January 2011.

Hon. James C. Dever, III
Federal District Judge