IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-68-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC GRANT SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

The trial is set for Monday, October 24, 2011. Jury selection will begin at 10:00 a.m. The evidence presentation and arguments will take no longer than three days.

SO ORDERED. This 4 day of August 2011.

JAMES C. DEVER III
United States District Judge